1  BAUTE & TIDUS LLP
   Mark D. Baute (Cal. Bar No. 127329)
2  mbaute@bautelaw.com
   Jeffrey A. Tidus (Cal. Bar No. 089585)
3  jtidus@bautelaw.com
   Henry H. Gonzalez (Cal. Bar. No. 208419)
4  hgonzalez@bautelaw.com
   801 South Figueroa Street, Suite 1100
5  Los Angeles, California 90017
   Telephone: (213) 630-5000
6  Facsimile: (213) 683-1225

7
   Attorneys for Plaintiff
8  SYMANTEC CORPORATION

9  LYNBERG & WATKINS
   Philip H. Lo (State Bar No. 178538)
10 plo@lynberg.com
   888 South Figueroa Street, 16th Floor
11 Los Angeles, CA 90017
   Telephone:  (213) 624-8700
12 Facsimile:   (213) 892-2763

13 Attorneys for Defendants
   LOGICAL PLUS, INC., JOSEPH CHANG
14 and YKE INTERNATIONAL, INC.

15
                  UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17

18 SYMANTEC CORPORATION,            )  Case No. C06- 07963 SI
                                    )  [Complaint Filed December 29, 2006]
19           Plaintiff,             )
                                    )  **STIPULATION AND
20                                  )  [PROPOSED] ORDER
       vs.                          )  CONTINUING CASE
21                                  )  MANAGEMENT CONFERENCE**
                                    )
22 LOGICAL PLUS, INC., a New York)   Judge   Hon. Susan Illston
   Corporation, aka LOGICALPLUS.COM;)
23 JOSEPH CHANG, an individual; YKE )  **Current Conference**
   INTERNATIONAL INC., an entity of )  Date:   June 8, 2007
24 unknown organizational form; YKE INC.,)  Time:   2:30 p.m.
   an entity of unknown organizational)  Court:  Courtroom 10, 19th Floor
25 form; and DOES 1-10, inclusive,  )
                                    )  **Proposed Conference**
26           Defendants.            )  Date:   June 15, 2007
   _____)  Time:   2:30 p.m.
27                                     Court:  Courtroom 10, 19th Floor

28

---
[95697.1]   USDC - ND Case No. C06 07963                STIPULATION AND [PROPOSED] ORDER
                                                        CONTINUING  CASE  MANAGEMENT
                                                        CONFERENCE

**IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS, INC.**, a New York Corporation, aka **LOGICALPLUS.COM**; **JOSEPH CHANG**, an individual; and **YKE INTERNATIONAL INC.** (hereinafter, collectively "Defendants") as follows:

1. The Court held a case management conference in this matter on April 13, 2007. At that conference, the Court ordered the parties to return for a further case management conference on Friday, June 8, 2007 at 2:30 p.m.

2. The parties promptly met and conferred concerning the evidentiary issues raised by the court and are prepared to discuss those issues at the further case management conference.

3. Mark Baute of Baute & Tidus LLP is lead trial counsel for Symantec in this matter.

4. Mr. Baute is also trial counsel for Jon Gunderson in another matter, entitled *People v. Gunderson, et al.*, Superior Court of California, County of San Diego, Case No. CD189775, in which Mr. Gunderson faces felony charges involving California state income taxes. A hearing in that matter is scheduled for June 8, 2007 in San Diego. Even though that hearing is set for the morning, if it is not concluded quickly it might prove impossible for Mr. Baute to appear in San Francisco by 2:30 p.m. on the same day.

5. Counsel for Symantec has conferred with the Court's clerk and has been informed that June 15, 2007 is available on the Court's calendar for the case management conference. The parties are also available on that date and jointly request that the Court continue the case management conference to June 15, 2007, at 2:30 p.m.

///
///
///

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Symantec and the Defendants, that:

1. The case management conference shall be continued from June 8, 2007 to June 15, 2007 at 2:30 p.m.

June 4, 2007

BAUTE & TIDUS LLP

Mark D. Baute
Henry H. Gonzalez
Attorneys for Plaintiff
SYMANTEC CORPORATION

June ___, 2007

LYNBERG & WATKINS

Philip H. Lo
Attorneys for Defendants
LOGICAL PLUS, INC.,
JOSEPH CHANG, and
YKE INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1
2  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by
3  and between Symantec and the Defendants, that:
4    1.    The case management conference shall be continued from June 8, 2007
5  to June 15, 2007 at 2:30 p.m.
6
7  June ___, 2007                                June 4, 2007
8  BAUTE & TIDUS LLP                             LYNBERG & WATKINS
9
10 _____                   _____
   Mark D. Baute                                 Philip H. Lo
11 Henry H. Gonzalez                             Attorneys for Defendants
   Attorneys for Plaintiff                       LOGICAL PLUS, INC.,
12 SYMANTEC CORPORATION                          JOSEPH CHANG, and
                                                 YKE INTERNATIONAL, INC.
13
14 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
15
16 Dated: _____                        _____
                                                 JUDGE SUSAN ILLSTON
17                                               UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

√  BAUTE & TIDUS, LLP; 801 South Figueroa Street, Suite CA 90017; Tel: (213) 630-5000

___  ACE MESSENGER AND ATTORNEY SERVICE, 811 Wilshire Boulevard, #900, Los Angeles, CA 90017; telephone (213) 623-3979

  I served the following listed documents on the interested parties in this action as follows:

SYMANTEC v. LOGICAL PLUS, INC.
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**STIPULATION AND [PROPOSED] ORDER ADDING YEN NELSON YU AND SHUTTLE PRODUCTS, INC. AS DEFENDANTS**

___ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___ By Facsimile to the names and fax numbers listed below.

___ By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

√ By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

[95697.1]                  PROOF OF SERVICE

Philip H. Lo, Esq.  
LYNBERG & WATKINS  
888 South Figueroa Street, 16th Floor  
Los Angeles, CA 90017  
    Tel:  (213) 624-8700  
    Fax: (213) 892-2763  

*Attorneys for Defendants*  
*LOGICAL PLUS, INC.; YKE, INC.; and JOSEPH CHANG*

[Rev. March 14, 2007]

☐   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐   (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, **Central District** of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on   June 4, 2007   at Los Angeles, California.

Leticia G. Larios  
*print name*                       *signature*