COPY

BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (State Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (State Bar. No. 208419)
hgonzalez@bautelaw.com
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Defendants
JOSEPH CHANG, LOGICAL PLUS,
INC., d/b/a YKE INTERNATIONAL,
INC., YKE, INC., and
LOGICALPLUS.COM and Proposed
Defendants YEN NELSON YU and
SHUTTLE PRODUCTS, INC.

RECEIVED
07 JUN 19 PM 3:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGICAL PLUS, INC., a New York Corporation, aka LOGICALPLUS.COM; JOSEPH CHANG, an individual; YKE INTERNATIONAL INC., an entity of unknown organizational form; YKE INC., an entity of unknown organizational form; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C06-07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING COMPLAINT TO ADD YEN NELSON YU AND SHUTTLE PRODUCTS, INC. AS DEFENDANTS**<br><br>[Pursuant to Fed. R. Civ. Proc. 15(a)]<br><br>Judge    Hon. Susan Illston |

[95678.5] USDC - ND Case No. C06 07963

Stipulation and [Proposed] Order Adding Defendants
Yen Nelson Yu and Shuttle Products, Inc.

BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (State Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (State Bar. No. 208419)
hgonzalez@bautelaw.com
801 South Figueroa Street, Suite 1100
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Defendants
JOSEPH CHANG, LOGICAL PLUS, INC., d/b/a YKE INTERNATIONAL, INC., YKE, INC., and LOGICALPLUS.COM and Proposed Defendants YEN NELSON YU and SHUTTLE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGICAL PLUS, INC., a New York Corporation, aka LOGICALPLUS.COM; JOSEPH CHANG, an individual; YKE INTERNATIONAL INC., an entity of unknown organizational form; YKE INC., an entity of unknown organizational form; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C06- 07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING COMPLAINT TO ADD YEN NELSON YU AND SHUTTLE PRODUCTS, INC. AS DEFENDANTS**<br><br>[Pursuant to Fed. R. Civ. Proc. 15(a)]<br><br>Judge     Hon. Susan Illston |

[95678.5] USDC - ND Case No. C06 07963      **Stipulation and [Proposed] Order Adding Defendants Yen Nelson Yu and Shuttle Products, Inc.**

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

1  **WHEREAS** YEN NELSON YU ("Yu") and SHUTTLE PRODUCTS, INC.
2  ("Shuttle Products") are named defendants in a case brought by SYMANTEC
3  CORPORATION ("Symantec") in the Central District of California entitled *Symantec*
4  *Corporation v. Rowcal, et al.*, Case No. CV 07-00676 MMM (FFMx) ("*Rowcal*
5  matter");

6  **WHEREAS** the existing defendants in this matter, LOGICAL PLUS, INC.
7  ("Logical Plus'), JOSEPH CHANG ("Chang") and YKE, INTERNATIONAL, INC.
8  ("YKE"), the proposed defendants Yu and Shuttle Products, and plaintiff Symantec
9  agree that the claims brought by Symantec against Yu and Shuttle Products in the
10 *Rowcal* matter are more appropriate for adjudication in the instant matter, *Symantec*
11 *Corp. v. Logical Plus*, Case No. C06-07963 SI, United States District Court,
12 Northern District of California ("*Logical Plus* matter");

13 **WHEREAS** proposed defendants Yu and Shuttle Products are represented in
14 the *Rowcal* matter by the same counsel, Phillip Lo of Lynberg & Watkins, as will
15 represent them in this matter and who likewise represents the existing defendants;

16 **WHEREAS** neither the existing defendants nor the proposed defendants make
17 any admissions as a result of this stipulation;

18 **WHEREAS** proposed defendants Yu and Shuttle Products and Symantec have
19 agreed to stipulate to the dismissal, without prejudice, of defendants Yu and Shuttle
20 Products from the *Rowcal* matter subject to their addition as defendants in the *Logical*
21 *Plus* matter.

22 **WHEREAS** proposed defendants Yu and Shuttle Products agree that they are
23 subject to jurisdiction in the Northern District of California; and

24 **WHEREAS** proposed defendants Yu and Shuttle Products and defendants
25 Chang and YKE agree that the amended pleading, lodged and served concurrently
26 herewith, shall be deemed served upon them on the date the proposed first amended
27 complaint is approved by the Court and accepted for filing.
28

[95678.5] USDC - ND Case No. C06 07963

2

Stipulation and [Proposed] Order Adding Defendants
Yen Nelson Yu and Shuttle Products, Inc.

1  **NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

2  Pursuant to Fed. Rule Civ. Proc. 15(a), Plaintiff Symantec Corporation and
3  defendants Joseph Chang, YKE International, Inc., and Logical Plus, Inc. and
4  proposed defendants Yen Nelson Yu and Shuttle Products, Inc., hereby jointly
5  stipulate to the addition of Yen Nelson Yu and Shuttle Products, Inc. as defendants
6  in this matter. Defendants Joseph Chang, YKE International, Inc., and Logical Plus,
7  Inc., and proposed defendants Yen Nelson Yu and Shuttle Products, shall be deemed
8  served with the first amended complaint as of the date the proposed first amended
9  complaint is approved by the Court and accepted for filing. The defendants shall
10 thereafter answer the amended complaint within twenty (20) days.

12 June 19, 2007 | June ___, 2007
13 BAUTE & TIDUS LLP | LYNBERG & WATKINS

15 Mark D. Baute
   Henry H. Gonzalez
16 Attorneys for Plaintiff
   SYMANTEC CORPORATION

   Philip H. Lo
   Attorneys for Defendants
   JOSEPH CHANG, LOGICAL PLUS, INC., d/b/a YKE INTERNATIONAL, INC., YKE, INC., and LOGICALPLUS.COM and Proposed Defendants YEN NELSON YU and SHUTTLE PRODUCTS, INC.

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23 Dated: _____

   JUDGE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

---

[95678.5]  USDC - ND Case No. C06 07963

Stipulation and [Proposed] Order Adding Defendants Yen Nelson Yu and Shuttle Products, Inc.

3

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

## NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

Pursuant to Fed. Rule Civ. Proc. 15(a), Plaintiff Symantec Corporation and defendants Joseph Chang, YKE International, Inc., and Logical Plus, Inc. and proposed defendants Yen Nelson Yu and Shuttle Products, Inc., hereby jointly stipulate to the addition of Yen Nelson Yu and Shuttle Products, Inc. as defendants in this matter. Defendants Joseph Chang, YKE International, Inc., and Logical Plus, Inc., and proposed defendants Yen Nelson Yu and Shuttle Products, shall be deemed served with the first amended complaint as of the date the proposed first amended complaint is approved by the Court and accepted for filing. The defendants shall thereafter answer the amended complaint within twenty (20) days.

June ___, 2007  
BAUTE & TIDUS LLP

_____  
Mark D. Baute  
Henry H. Gonzalez  
Attorneys for Plaintiff  
SYMANTEC CORPORATION

June 19, 2007  
LYNBERG & WATKINS

_____  
Philip H. Lo  
Attorneys for Defendants  
JOSEPH CHANG, LOGICAL PLUS, INC., d/b/a YKE INTERNATIONAL, INC., YKE, INC., and LOGICALPLUS.COM and Proposed Defendants YEN NELSON YU and SHUTTLE PRODUCTS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____

_____  
JUDGE SUSAN ILLSTON  
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

☐ BAUTE & TIDUS, LLP; 801 South Figueroa Street, Suite CA 90017; Tel: (213) 630-5004

☐ FIRST LEGAL SUPPORT SERVICES, 1511 West Beverly Boulevard, Los Angeles, CA 90026; telephone (213) 250-1111

I served the following listed documents on the interested parties in this action as follows:

SYMANTEC v. LOGICAL PLUS, INC.
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**STIPULATION AND [PROPOSED] ORDER ADDING YEN NELSON YU AND SHUTTLE PRODUCTS, INC. AS DEFENDANTS; [PROPOSED] FIRST AMENDED COMPLAINT**

☑ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

☐ By Facsimile to the names and fax numbers listed below.

☐ By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

☐ By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

[95678.5]  PROOF OF SERVICE

Philip H. Lo, Esq.
LYNBERG & WATKINS
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
    Tel:  (213) 624-8700
    Fax: (213) 892-2763

*Attorneys for Defendants*
*LOGICAL PLUS, INC.; YKE, INC.;*
*and JOSEPH CHANG*

[Rev. March 14, 2007]

☐   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐   (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, *Central District* of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2007 at Los Angeles, California.

_____Nilo A. Cardeno_____    _____[signature]_____
*print name*    *signature*

BAUTE & TIDUS LLP
801 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

[95678.5]    PROOF OF SERVICE