BAUTE & TIDUS LLP
Mark D. Baute (Cal. Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (Cal. Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (Cal. Bar. No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-8700
Facsimile:   (213) 892-2763

Attorneys for Defendants
LOGICAL PLUS, INC., JOSEPH CHANG
YKE INTERNATIONAL, INC., SHUTTLE
PRODUCTS, INC. and YEN NELSON YU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOGICAL PLUS, INC., *et al.*,<br><br>　　　　Defendants. | Case No.  C06- 07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Judge　Hon. Wayne D. Brazil<br><br>**Current Conference**<br>Date:　September 13, 2007<br>Time:　2:00 p.m.<br>Court:　Courtroom 4, 3rd Floor<br><br>**Proposed Conference**<br>Date:　October 16, 2007<br>Time:　2:00 p.m.<br>Court:　Courtroom 4, 3rd Floor |

[98712.1]　USDC - ND Case No. C06 07963　　　　　　　　　　STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

**IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS, INC., JOSEPH CHANG, YKE INTERNATIONAL INC., SHUTTLE PRODUCTS, INC.,** and **YEN NELSON YU** (hereinafter, collectively "Defendants") as follows:

1. The Honorable Susan Illston ordered the parties to return for a further case management conference on October 12, 2007 at 2:30 p.m. The Court also ordered that a settlement conference be conducted before the Honorable Wayne D. Brazil during the month of September 2007. That settlement conference is set for September 13, 2007 at 2:00 P.M.

3. Mark Baute of Baute & Tidus LLP is lead trial counsel for Symantec in this matter.

4. Mr. Baute is also trial counsel for Jon Gunderson in another matter, entitled *People v. Gunderson, et al.*, Superior Court of California, County of San Diego, Case No. CD189775, in which Mr. Gunderson faces felony charges involving California state income taxes. The Superior Court recently continued a hearing in that matter to September 13, 2007 in San Diego. It is likely that it will be impossible for Mr. Baute to appear in San Francisco by 2:00 p.m. on the same day.

5. Counsel for Symantec has conferred with Judge Brazil's clerk and has been informed that if the settlement conference is not done on September 13, Judge Brazil's next available dates are in October.

6. Counsel for Symantec has conferred with Judge Illston's clerk and has been informed that November 9, 2007 is available on the Court's calendar for the case management conference, and that Judge Illston will consent to completing the Settlement Conference in October instead of by the end of September. The parties have jointly requested an order from Judge Illston to that effect, a courtesy copy of which is being provided to this Court.

6. The parties jointly request that the Court continue the settlement

---

[98712.1]   USDC - ND Case No. C06 07963

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

1 | conference to October 16, 2007, at 2:00 p.m.
2 |
3 | **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by
4 | and between Symantec and the Defendants, that:
5 |     1.    The settlement conference currently set for September 13, 2007 at 2:00
6 | P.M., before Judge Brazil, shall be continued to October 16, 2007 at 2:00 P.M.
7 |     3.    No other discovery deadlines, pretrial deadlines, or motion deadlines
8 | shall be affected by this stipulation. The trial shall remain set for March 17, 2008.
9 |
10 | September 11, 2007                   September 10, 2007
11 | BAUTE & TIDUS LLP                 LYNBERG & WATKINS
12 |
13 | _____     _____
     Mark D. Baute                       Philip H. Lam
     Henry H. Gonzalez               Attorneys for Defendants
14 | Attorneys for Plaintiff              LOGICAL PLUS, INC.,
     SYMANTEC CORPORATION       JOSEPH CHANG,
15 |                                                   YKE INTERNATIONAL, INC.,
                                                       SHUTTLE PRODUCTS, INC. and
16 |                                                   YEN NELSON YU
17 |
18 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
19 |
20 | Dated: _____            _____
21 |                                                        JUDGE WAYNE D. BRAZIL
                                                           UNITED STATES MAGISTRATE JUDGE
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

√      BAUTE & TIDUS LLP; 777 South Figueroa Street, Suite 4900, Los Angeles CA 90017; Tel: (213) 630-5000

___      ACE MESSENGER AND ATTORNEY SERVICE, 811 Wilshire Boulevard, #900, Los Angeles, CA 90017; telephone (213) 623-3979

I served the following listed documents on the interested parties in this action as follows:

**SYMANTEC v. LOGICAL PLUS, INC.**
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

___      By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___      By Facsimile to the names and fax numbers listed below.

___      By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

√      By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___      By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

| | |
|---|---|
| 1 | Philip H. Lo, Esq. |
| 2 | LYNBERG & WATKINS |
| | 888 South Figueroa Street, 16th Floor |
| 3 | Los Angeles, CA 90017 |
| |     Tel: (213) 624-8700 |
| 4 |     Fax: (213) 892-2763 |

*Attorneys for Defendants*
*LOGICAL PLUS, INC.,*
*JOSEPH CHANG,*
*YKE INTERNATIONAL, INC.,*
*SHUTTLE PRODUCTS, INC. and YEN*
*NELSON YU*

[Rev. September 7, 2007]

☐     (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒     (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐     (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, ***Central District*** of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on  9/11 , 2007  at Los Angeles, California.

Kirsten DeVere _____ [signature]
*print name*                                  */signature*

[98712.1]                 PROOF OF SERVICE