BAUTE & TIDUS LLP
Mark D. Baute (Cal. Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (Cal. Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (Cal. Bar. No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone:   (213) 624-8700
Facsimile:    (213) 892-2763

Attorneys for Defendants
LOGICAL PLUS, INC., JOSEPH CHANG
YKE INTERNATIONAL, INC., SHUTTLE
PRODUCTS, INC. and YEN NELSON YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOGICAL PLUS, INC., *et al*.,<br><br>　　　　　Defendants. | Case No.  C06- 07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Judge　Hon. Wayne D. Brazil<br><br>**Current Conference**<br>Date:　September 13, 2007<br>Time:　2:00 p.m.<br>Court:　Courtroom 4, 3rd Floor<br><br>**Proposed Conference**<br>Date:　October 16, 2007<br>Time:　2:00 p.m.<br>Court:　Courtroom 4, 3rd Floor |

1  **IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC
2  CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS,
3  INC., JOSEPH CHANG**, **YKE INTERNATIONAL INC., SHUTTLE
4  PRODUCTS, INC.**, and **YEN NELSON YU** (hereinafter, collectively "Defendants")
5  as follows:

6  1.  The Honorable Susan Illston ordered the parties to return for a further
7  case management conference on October 12, 2007 at 2:30 p.m.  The Court also
8  ordered that a settlement conference be conducted before the Honorable Wayne D.
9  Brazil during the month of September 2007.  That settlement conference is set for
10 September 13, 2007 at 2:00 P.M.

11 3.  Mark Baute of Baute & Tidus LLP is lead trial counsel for Symantec in
12 this matter.

13 4.  Mr. Baute is also trial counsel for Jon Gunderson in another matter,
14 entitled *People v. Gunderson, et al.*, Superior Court of California, County of San
15 Diego, Case No. CD189775, in which Mr. Gunderson faces felony charges involving
16 California state income taxes.  The Superior Court recently continued a hearing in that
17 matter to September 13, 2007 in San Diego.  It is likely that it will be impossible for
18 Mr. Baute to appear in San Francisco by 2:00 p.m. on the same day.

19 5.  Counsel for Symantec has conferred with Judge Brazil's clerk and has
20 been informed that if the settlement conference is not done on September 13, Judge
21 Brazil's next available dates are in October.

22 6.  Counsel for Symantec has conferred with Judge Illston's clerk and has
23 been informed that November 9, 2007 is available on the Court's calendar for the case
24 management conference, and that Judge Illston will consent to completing the
25 Settlement Conference in October instead of by the end of September.  The parties
26 have jointly requested an order from Judge Illston to that effect, a courtesy copy of
27 which is being provided to this Court.

28 6.  The parties jointly request that the Court continue the settlement

1  conference to October 16, 2007, at 2:00 p.m.

3  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by
4  and between Symantec and the Defendants, that:

5      1.    The settlement conference currently set for September 13, 2007 at 2:00
6  P.M., before Judge Brazil, shall be continued to October 16, 2007 at 2:00 P.M.

7      3.    No other discovery deadlines, pretrial deadlines, or motion deadlines
8  shall be affected by this stipulation. The trial shall remain set for March 17, 2008.

| September ___, 2007 | September ___, 2007 |
|---|---|
| BAUTE & TIDUS LLP | LYNBERG & WATKINS |
| _____ | _____ |
| Mark D. Baute | Philip H. Lo |
| Henry H. Gonzalez | Attorneys for Defendants |
| Attorneys for Plaintiff | LOGICAL PLUS, INC., |
| SYMANTEC CORPORATION | JOSEPH CHANG, |
|  | YKE INTERNATIONAL, INC., |
|  | SHUTTLE PRODUCTS, INC. and |
|  | YEN NELSON YU |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 9-12-07       _____
                               JUDGE WAYNE D. BRAZIL
                               UNITED STATES MAGISTRATE JUDGE