BAUTE & TIDUS LLP
Mark D. Baute (Cal. Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (Cal. Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (Cal. Bar. No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone:   (213) 624-8700
Facsimile:   (213) 892-2763

Attorneys for Defendants
LOGICAL PLUS, INC., JOSEPH CHANG
YKE INTERNATIONAL, INC., SHUTTLE
PRODUCTS, INC. and YEN NELSON YU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGICAL PLUS, INC., *et al.*,<br><br>Defendants. | Case No.  C06- 07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge   Hon. Susan Illston<br><br>**Current Conference**<br>Date:    October 12, 2007<br>Time:    2:30 p.m.<br>Court:   Courtroom 10, 19th Floor<br><br>**Proposed Conference**<br>Date:    November 9, 2007<br>Time:    2:30 p.m.<br>Court:   Courtroom 10, 19th Floor |

  **IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS, INC., JOSEPH CHANG, YKE INTERNATIONAL INC., SHUTTLE PRODUCTS, INC.,** and **YEN NELSON YU** (hereinafter, collectively "Defendants") as follows:

  1. The Court ordered the parties to return for a further case management conference on October 12, 2007 at 2:30 p.m. The Court also ordered that a settlement conference be conducted before the honorable Wayne D. Brazil during the month of September 2007. That settlement conference is set for September 13, 2007 at 2:00 P.M.

  3. Mark Baute of Baute & Tidus LLP is lead trial counsel for Symantec in this matter.

  4. Mr. Baute is also trial counsel for Jon Gunderson in another matter, entitled *People v. Gunderson, et al.*, Superior Court of California, County of San Diego, Case No. CD189775, in which Mr. Gunderson faces felony charges involving California state income taxes. The Superior Court recently continued a hearing in that matter to September 13, 2007 in San Diego. It is likely that it will be impossible for Mr. Baute to appear in San Francisco by 2:00 p.m. on the same day.

  5. Counsel for Symantec has conferred with Judge Brazil's clerk and has been informed that if the settlement conference is not done on September 13, Judge Brazil's next available dates are in October.

  6. Counsel for Symantec has conferred with Judge Illston's clerk and has been informed that November 9, 2007 is available on the Court's calendar for the case management conference. The parties are also available on that date and jointly request that the Court continue the case management conference to November 9, 2007, at 2:30 p.m, so that the settlement conference can be completed prior to the case management conference.

  7. The parties also jointly request that the Court consent to completing the

settlement conference during October instead of during September.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Symantec and the Defendants, that:

1. The parties may complete the settlement conference before Judge Brazil during October instead of during September.

2. The case management conference shall be continued from October 12, 2007 to November 9, 2007 at 2:30 p.m. so that the settlement conference may be completed prior to the case management conference.

3. No other discovery deadlines, pretrial deadlines, or motion deadlines shall be affected by this stipulation. The trial shall remain set for March 17, 2008.

September 11, 2007

BAUTE & TIDUS LLP

_____
Mark D. Baute
Henry H. Gonzalez
Attorneys for Plaintiff
SYMANTEC CORPORATION

September 11, 2007

LYNBERG & WATKINS

_____
Philip H. Lo
Attorneys for Defendants
LOGICAL PLUS, INC.,
JOSEPH CHANG,
YKE INTERNATIONAL, INC.,
SHUTTLE PRODUCTS, INC. and
YEN NELSON YU

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,

IT IS SO ORDERED:

Dated: _____

_____
JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

√      BAUTE & TIDUS LLP; 777 South Figueroa Street, Suite 4900, Los Angeles CA 90017; Tel: (213) 630-5000

___    ACE MESSENGER AND ATTORNEY SERVICE, 811 Wilshire Boulevard, #900, Los Angeles, CA 90017; telephone (213) 623-3979

I served the following listed documents on the interested parties in this action as follows:

<u>SYMANTEC v. LOGICAL PLUS, INC.</u>
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

___    By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___    By Facsimile to the names and fax numbers listed below.

___    By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

√      By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___    By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

[98711.1]             PROOF OF SERVICE

Philip H. Lo, Esq.  
LYNBERG & WATKINS  
888 South Figueroa Street, 16th Floor  
Los Angeles, CA 90017  
    Tel:  (213) 624-8700  
    Fax:  (213) 892-2763

*Attorneys for Defendants*  
*LOGICAL PLUS, INC.,*  
*JOSEPH CHANG,*  
*YKE INTERNATIONAL, INC.,*  
*SHUTTLE PRODUCTS, INC. and YEN NELSON YU*

[Rev. September 7, 2007]

☐    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐    (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, **Central District** of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on _9/11_, 2007 at Los Angeles, California.

Kirsten DeVere  
print name            /signature

[98711.1]

PROOF OF SERVICE