BAUTE & TIDUS LLP
Mark D. Baute (Cal. Bar No. 127329)
mbaute@bautelaw.com
Jeffrey A. Tidus (Cal. Bar No. 089585)
jtidus@bautelaw.com
Henry H. Gonzalez (Cal. Bar. No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Defendants
LOGICAL PLUS, INC., JOSEPH CHANG
YKE INTERNATIONAL, INC., SHUTTLE
PRODUCTS, INC. and YEN NELSON YU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGICAL PLUS, INC., *et al.*,<br><br>Defendants. | Case No. C06- 07963 SI<br>[Complaint Filed December 29, 2006]<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING SETTLEMENT CONFERENCE TO BE HELD ON NOVEMBER 5, 2007**<br><br>Judge: Hon. Susan Illston<br><br>**Current Conference**<br>Date: October 16, 2007<br>Time: 2:00 p.m.<br>Court: Courtroom 4, 3rd Floor<br><br>**Proposed Conference**<br>Date: November 5, 2007<br>Time: 2:00 p.m.<br>Court: Courtroom 4, 3rd Floor |

1  **IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS, INC., JOSEPH CHANG, YKE INTERNATIONAL INC., SHUTTLE PRODUCTS, INC.,** and **YEN NELSON YU** (hereinafter, collectively "Defendants") as follows:

1. The settlement conference was originally set for September 13, 2007, and the case management conference was originally set for October 12, 2007. By stipulation of the parties and pursuant to orders by Judge Illston and Judge Brazil entered September 12, 2007, the settlement conference was continued to October 16, 2007 and the case management conference was continued to November 9, 2007.

2. Judge Illston also ordered that a settlement conference be conducted before the Honorable Wayne D. Brazil during the month of October 2007.

3. Due to subsequent calendar conflicts, the parties' counsel met and conferred concerning possible rescheduling of the settlement conference. However, Judge Brazil was not available on any of the October dates on which the parties' counsel were mutually available.

4. Defendants' counsel has consulted with Judge Brazil's clerk and determined that November 5 is available. Plaintiff and Plaintiff's counsel are prepared to go forward on October 16, but do not object to appearing at the settlement conference on November 5.

5. The parties therefore have jointly requested that Judge Brazil continue the settlement conference to November 5, 2007. The parties have made this request with the understanding and belief that continuing the settlement conference will not adversely affect the case management conference currently set for November 9, 2007.

6. The parties therefore jointly request that the Court revise its prior order requiring that the settlement conference be held during October to allow the settlement conference to be held on November 5, 2007.

///

| | |
|---|---|
| 1 | **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by |
| 2 | and between Symantec and the Defendants, that: |
| 3 | 1. The settlement conference currently set for October 16, 2007 at 2:00 |
| 4 | P.M., before Judge Brazil, may be held on November 5, 2007, PROVIDED that Judge |
| 5 | Brazil orders that the settlement conference shall be continued to November 5, 2007. |
| 6 | 2. The Case Management Conference shall remain set for November 9, |
| 7 | 2007. |
| 8 | 3. No other discovery deadlines, pretrial deadlines, or motion deadlines |
| 9 | shall be affected by this stipulation. The trial shall remain set for March 17, 2008. |

October 15, 2007
BAUTE & TIDUS LLP

[signature]
Mark D. Baute
Henry H. Gonzalez
Attorneys for Plaintiff
SYMANTEC CORPORATION

October 15, 2007
LYNBERG & WATKINS

[signature]
Philip H. Lo
Attorneys for Defendants
LOGICAL PLUS, INC.,
JOSEPH CHANG,
YKE INTERNATIONAL, INC.,
SHUTTLE PRODUCTS, INC. and
YEN NELSON YU

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/16/07

[signature]
JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age and not a party to the within action; my business address is

√    BAUTE & TIDUS LLP; 777 South Figueroa Street, Suite 4900, Los Angeles CA 90017; Tel: (213) 630-5000

___    ACE MESSENGER AND ATTORNEY SERVICE, 811 Wilshire Boulevard, #900, Los Angeles, CA 90017; telephone (213) 623-3979

I served the following listed documents on the interested parties in this action as follows:

SYMANTEC v. LOGICAL PLUS, INC.
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**STIPULATION AND [PROPOSED] ORDER ALLOWING SETTLEMENT CONFERENCE TO BE HELD ON NOVEMBER 5, 2007**

___    By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___    By Facsimile to the names and fax numbers listed below.

___    By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

√    By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___    By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

1  Philip H. Lo, Esq.                           *Attorneys for Defendants*
2  LYNBERG & WATKINS                            *LOGICAL PLUS, INC.,*
   888 South Figueroa Street, 16th Floor        *JOSEPH CHANG,*
3  Los Angeles, CA 90017                        *YKE INTERNATIONAL, INC.,*
        Tel: (213) 624-8700                     *SHUTTLE PRODUCTS, INC. and YEN*
4       Fax: (213) 892-2763                     *NELSON YU*

5  [Rev. September 7, 2007]

6

7  ☐   (STATE) I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.
8

9  ☒   (FEDERAL) I hereby certify that I am employed in the office of a member of
   the Bar of this Court at whose direction the service was made, and I certify under
10 penalty of perjury that the foregoing is true and correct.

11 ☐   (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of
   the United States District Court, **Central District** of California, and I certify under
12 penalty of perjury that the foregoing is true and correct.

13     Executed on  10/15 , 2007  at Los Angeles, California.
14

15 KIRSTEN DEVERE                               [signature]
16 print name                                   signature

[99727.1]                                                                  PROOF OF SERVICE

4