1  BAUTE & TIDUS LLP
   Mark D. Baute (Cal. Bar No. 127329)
2  mbaute@bautelaw.com
   Jeffrey A. Tidus (Cal. Bar No. 089585)
3  jtidus@bautelaw.com
   Henry H. Gonzalez (Cal. Bar. No. 208419)
4  hgonzalez@bautelaw.com
   777 South Figueroa Street, Suite 4900
5  Los Angeles, California 90017
   Telephone: (213) 630-5000
6  Facsimile: (213) 683-1225

7  Attorneys for Plaintiff
   SYMANTEC CORPORATION
8

   LYNBERG & WATKINS
9  Philip H. Lo (State Bar No. 178538)
   plo@lynberg.com
10 888 South Figueroa Street, 16th Floor
   Los Angeles, CA 90017
11 Telephone:  (213) 624-8700
   Facsimile:  (213) 892-2763
12
   Attorneys for Defendants
13 LOGICAL PLUS, INC., JOSEPH CHANG
   YKE INTERNATIONAL, INC., SHUTTLE
14 PRODUCTS, INC. and YEN NELSON YU

15
                   UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17

18 SYMANTEC CORPORATION,            )  Case No.  C06- 07963 SI
                                    )  [Complaint Filed December 29, 2006]
19         Plaintiff,               )
                                    )  **STIPULATION AND
20     vs.                          )  [PROPOSED] ORDER
                                    )  CONTINUING SETTLEMENT
21                                  )  CONFERENCE**
                                    )
22 LOGICAL PLUS, INC., *et al.*,    )  Judge    Hon. Wayne D. Brazil
                                    )
23         Defendants.              )  **Current Conference**
   _____  )  Date:    October 16, 2007
24                                     Time:    2:00 p.m.
                                       Court:   Courtroom 4, 3rd Floor
25
                                       **Proposed Conference**
26                                     Date:    November 5, 2007
                                       Time:    2:00 p.m.
27                                     Court:   Courtroom 4, 3rd Floor

28

---

[99680.2]   USDC - ND Case No. C06 07963            STIPULATION AND [PROPOSED] ORDER
                                                    CONTINUING  SETTLEMENT
                                                    CONFERENCE

1	**IT IS HEREBY STIPULATED** by and between the plaintiff, **SYMANTEC CORPORATION** (hereinafter, "Symantec"), and defendants **LOGICAL PLUS, INC., JOSEPH CHANG, YKE INTERNATIONAL INC., SHUTTLE PRODUCTS, INC.**, and **YEN NELSON YU** (hereinafter, collectively "Defendants") as follows:

	1.	The settlement conference was originally set for September 13, 2007, and the case management conference was originally set for October 12, 2007. By stipulation of the parties and pursuant to orders by Judge Illston and Judge Brazil entered September 12, 2007, the settlement conference was continued to October 16, 2007 and the case management conference was continued to November 9, 2007.

	2.	Judge Illston also ordered that a settlement conference be conducted before the Honorable Wayne D. Brazil during the month of October 2007.

	3.	Due to subsequent calendar conflicts, the parties' counsel met and conferred concerning possible rescheduling of the settlement conference. However, the court was not available on any of the October dates the parties' counsel were mutually available, and the settlement conference was not rescheduled.

	4.	Plaintiff and Plaintiff's counsel, as well as Defendants' counsel, are prepared to appear at the October 16 settlement conference, but one of the defendants, Joseph Chang, is out of the country and will not return until after October 16, 2007.

	5.	Defendants' counsel consulted with Judge Brazil's clerk and determined that November 5 is available. Plaintiff and Plaintiff's counsel are prepared to go forward on October 16, but do not object to appearing at the settlement conference on November 5.

	6.	The parties therefore jointly request that the Court continue the settlement conference to November 5, 2007.

	7.	The parties do not anticipate that a November 5 settlement conference will create any difficulty for conducting the case management conference before Judge Illston on November 9, 2007. Because Judge Illston's most recent order

1  requires the parties to appear at a settlement conference by the end of October, the
2  parties have simultaneously submitted a stipulation requesting Judge Illston's
3  approval for the November 5 settlement conference date.
4
5  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by
6  and between Symantec and the Defendants, that:
7    1.   The settlement conference currently set for October 16, 2007 at 2:00
8  P.M., before Judge Brazil, shall be continued to November 5, 2007, at 2:00 P.M..
9    2.   The Case Management Conference shall remain set for November 9,
10 2007.
11   3.   No other discovery deadlines, pretrial deadlines, or motion deadlines
12 shall be affected by this stipulation. The trial shall remain set for March 17, 2008.
13
14 October 15, 2007                              October 15, 2007
15 BAUTE & TIDUS LLP                             LYNBERG & WATKINS
16
17 _____                 _____
   Mark D. Baute                                 Philip H. Lo
18 Henry H. Gonzalez                             Attorneys for Defendants
   Attorneys for Plaintiff                      LOGICAL PLUS, INC.,
19 SYMANTEC CORPORATION                          JOSEPH CHANG,
                                                 YKE INTERNATIONAL, INC.,
20                                               SHUTTLE PRODUCTS, INC. and
                                                 YEN NELSON YU
21 PURSUANT TO STIPULATION, IT IS SO ORDERED:
22
23 Dated: 10-16-07                               _____
24                                               JUDGE WAYNE D. BRAZIL
                                                 UNITED STATES MAGISTRATE JUDGE
25
26
27
28