IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>   v.<br><br>LOGICAL PLUS, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 06-7963 SI<br><br>**ORDER STAYING ACTION DUE TO BANKRUPTCY FILING AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

On February 8, 2008, defendant Logical Plus, Inc. filed a petition for bankruptcy in the United States Bankruptcy Court, Eastern District of New York. In light of the bankruptcy petition, the Court STAYS this action. The Court also DENIES plaintiff's pending motion for summary judgment, without prejudice to renewal when/if the stay has been lifted. (Docket No. 45). If any party contends that this action may proceed during the pendency of the bankruptcy stay with respect to any of the other (non-bankrupt) defendants, that party may file a motion to sever and partially lift the stay. The Clerk shall administratively close this file until the bankruptcy stay is lifted or a motion to sever is made.

**IT IS SO ORDERED.**

Dated: February 20, 2008

SUSAN ILLSTON
United States District Judge