IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 06-07963 SI |
| Plaintiff, | **ORDER** |
| v. | |
| LOGICAL PLUS, INC., ET AL, | |
| Defendant. | |

The Court has directed that this case be administratively closed due to Logical Plus' bankruptcy.

This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of Volume XI, for statistical closing.

THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated: 2/20/08

SUSAN ILLSTON
United States District Judge