IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 06-07963 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| LOGICAL PLUS, INC., ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 26, 2010.

DESIGNATION OF EXPERTS: 3/1/10; REBUTTAL: 3/19/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 16, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by April 30, 2010;

Opp. Due May 14, 2010; Reply Due May 21, 2010;

and set for hearing no later than June 4, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 13, 2010 at 3:30 PM.

JURY TRIAL DATE: July 26, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate judge for settlement purposes. The settlement conference shall occur before the end of December 2009.

Defense counsel indicated that he may file a motion for leave to withdraw as counsel of record.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge