PHILIP H. LO, State Bar No. 178538
LYNBERG & WATKINS
A Professional Corporation
888 South Figueroa St., 16th Floor
Los Angeles, CA 90017
(213) 624-8700 Telephone
(213) 892-2763 Facsimile

**CHAMBERS COPY - DO NOT FILE**

Attorneys for Defendants, LOGICAL PLUS, INC. dba YKE, JOSEPH CHANG, YEN NELSON YU and SHUTTLE PRODUCTS, INC.

ORIGINAL FILED
DEC X 1 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>Plaintiffs.<br><br>vs.<br><br>LOGICAL PLUS, INC., a New York Corporation, aka Logical Plus.COM; JOSEPH CHANG, an individual; YKE INTERNATIONAL, INC., an entity of unknown organizational form; YKE INC., an entity of unknown organizational form; SHUTTLE PRODUCTS, INC., a California Corporation; YEN NELSON YU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: NO. C06 07963SI<br>[Magistrate Judge James Larson]<br><br>**APPLICATION FOR TELEPHONIC APPEARANCE**<br><br>DATE: December 4, 2009<br>TIME: 10:00 AM<br>DEPT.: F<br>U.S. COURTHOUSE<br>450 Golden Gate Avenue, 15th Fl.<br>San Francisco, California |

Defendants LOGICAL PLUS, INC. dba YKE, JOSEPH CHANG, YEN NELSON YU and SHUTTLE PRODUCTS, INC. hereby apply to the Court to be excused from personally appearing at the Settlement Conference, and instead be permitted to attend telephonically. Defendants make this request based on substantial hardship. Defendant Joseph Chang has already been sanctioned for his failure to personally attend the last Settlement Conference. Having paid those sanctions and being fully aware of the likely sanctions for not attending this Settlement Conference, Defendant Joseph Chang still cannot attend this Settlement

Conference. Defendant is trying his best to obtain settlement funds and traveling from New York to San Francisco and the additional costs only reduces his ability to gather funds for settlement.

Defendant Joseph Chang understands the position that the summary judgment places him in, and he is making efforts to borrow money with which to settle with plaintiff. However, that ability to borrow money is limited. He cannot present an attractive settlement figure if he is asked to travel across the country to attend the Settlement Conference.

Additionally, counsel for defendants also respectfully requests that the Court excuse counsel from personally appearing at the Settlement Conference due to financial hardship. Counsel will likely not be paid for travel expenses or time, due to the financial dire straits of the defendants. Given the nature of defendants' financial condition, personal appearance by the defendants is not the determining factor in reaching settlement.

DATED: November 30, 2009

Respectfully submitted,

LYNBERG & WATKINS

By _____
PHILIP LO
Attorneys for Defendants LOGICAL PLUS, INC., LOGICAL PLUS, INC., dba YKE YEN NELSON YU and SHUTTLE PRODUCTS, INC.

**DENIED**
James Larson
United States Magistrate Judge

F:\WP\Cal-team\PHL\2107-0001 Logical\Pld\Application for Telephonic Appearance.doi    2    APPLICATION FOR TELEPHONIC APPEARANCE