BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
mbaute@bautelaw.com
Henry H. Gonzalez (State Bar. No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
SYMANTEC CORPORATION

LYNBERG & WATKINS
Philip H. Lo (State Bar No. 178538)
plo@lynberg.com
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-8700
Facsimile:   (213) 892-2763

Attorneys for Solvent Defendants
JOSEPH CHANG, YEN NELSON YU
and SHUTTLE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LOGICAL PLUS, INC., a New York Corporation, aka LOGICALPLUS.COM; JOSEPH CHANG, an individual; YKE INTERNATIONAL INC., an entity of unknown organizational form; YKE INC., an entity of unknown organizational form; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  C06- 07963 SI<br>[Filed December 29, 2006]<br><br>**[PROPOSED] ORDER RE:**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST YEN NELSON YU AND SHUTTLE PRODUCTS, INC. ONLY**<br><br>[Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)]<br><br>Judge       Hon. Susan Illston<br><br>Pre-Trial Conference<br><br>Date:    July 21, 2010<br>Time:   3:30 P.M.<br>Crtrm:  10<br><br>Trial:    July 26, 2010 |

[128313.1]  USDC - ND Case No. C06 07963

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST YEN NELSON YU AND SHUTTLE PRODUCTS, INC. ONLY

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii) this action is hereby dismissed without prejudice as to defendants Yen Nelson Yu and Shuttle Products, Inc. only. With the exception of any fees and costs that the Court may award Symantec Corporation against defendant Joseph Chang, each party is to bear its own fees and costs.

DATED: _____
Hon. Susan Illston

Respectfully Submitted on July 15, 2010, by:

BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
Henry H. Gonzalez (State Bar No. 208419)
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
   Telephone: (213) 630-5000
   Facsimile: (213) 683-1225

By: /s/ Henry H. Gonzalez
   _____
   Henry H. Gonzalez
   Attorneys for Plaintiff
   SYMANTEC CORPORATION

Dated:   July 15, 2010

[128313.1] USDC - ND Case No. C06 07963

2

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST YEN NELSON YU AND SHUTTLE PRODUCTS, INC. ONLY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 and not a party to the within action; my business address is

✔ BAUTE & TIDUS LLP; 777 South Figueroa Street, Suite 4900, Los Angeles CA 90017; Tel: (213) 630-5000

___ NATIONWIDE LEGAL, 1609 James Wood Boulevard, Los Angeles, CA 90015; (213) 250-1111

I served the following listed documents on the interested parties in this action as follows:

<u>SYMANTEC v. LOGICAL PLUS, INC.</u>
USDC, Northern District, Case No. C06 07963 SI
[ 1740.30]

**[PROPOSED] ORDER RE:**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ACTION AGAINST YEN NELSON YU AND SHUTTLE PRODUCTS, INC. ONLY**

___ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

___ By Facsimile to the names and fax numbers listed below.

___ By Federal Express ~ Next Business Day Delivery: by placing a true copy thereof in a sealed envelope(s) and addressed to the parties listed below.

___ By Mail: by placing a true copy thereof in a sealed envelope and addressed to the parties listed below. I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ By E-Mail: I caused the above-referenced document(s) to be e-mailed to the parties listed below, as noted.

✔ Filed and served electronically in accordance with the Court's electronic filing ("ECF") rules, pursuant to which registered ECF users receive service copies by e-mail delivery. A courtesy copy will follow by U.S. Mail.

| | |
|---|---|
| Philip H. Lo, Esq.<br>LYNBERG & WATKINS<br>888 South Figueroa Street, 16th Floor<br>Los Angeles, CA 90017<br>   Tel:  (213) 624-8700<br>   Fax: (213) 892-2763 | *Attorneys for Solvent Defendants*<br>*JOSEPH CHANG, SHUTTLE*<br>*PRODUCTS, INC., and YEN NELSON*<br>*YU* |

[Rev. October 8, 2009]

☐     (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒     (FEDERAL) I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

☐     (FEDERAL - ATTORNEY) I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on   July 15, 2010   at Los Angeles, California.


____Leticia G. Larios____            ____/s/ Leticia G. Larios____
*print name*                                    *signature*

[128313.1]                                       4                                       PROOF OF SERVICE